**FILED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

2011 AUG 15 AM 9: 28

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

ERIC HALL, and similarly situated individuals,   CASE NO.:

　　　　Plaintiffs,

v.

5:11-CV-470-OC-10TBS

PAT THE PLUMBER, INC.,

　　　　Defendant.

_____/

## DEFENDANT'S MOTION FOR EXTENTION OF TIME TO RESPOND TO THE CLASS ACTION COMPLAINT

COMES NOW the Defendant, PAT THE PLUMBER, INC. ("Pat the Plumber" or "Defendant"), pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and requests that the Court extend the deadline for the Defendant to respond to the Plaintiffs' complaint, based on the following

1.　On July 19, 2011, the Plaintiffs served the Defendant with an 11-page *Class Action Complaint* ("Complaint"), a summons, and several discovery requests (Plaintiff's First Request to Produce, Plaintiff's First Request For Admissions to Defendant, and Plaintiff's First Set of Interrogatories to Defendants [*sic*]). The matter was brought in the Circuit Court of the Fifth Judicial Circuit, in and for Marion County, Florida. The matter is styled *Eric Hall, on behalf of himself and others similarly situated, v. Pat the Plumber, Inc., a Florida corporation*, and it is docketed as Case No. 2011-1962-CA-8.

2.　Concurrently with this motion, the Defendant has served its Defendant's Notice of Removal, invoking the jurisdiction of the United States District Court. These documents should be received and filed by the Court on or about Monday, August 15, 2011.

3.　Therefore, the Defendant's responsive pleading should be due to this Court on

August 22, 2011

4. Count I of the two-count *Class Action Complaint* ("Complaint") asserts a cause of action for alleged violations of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§201, et seq. ("FLSA"), by failing to pay time and one half overtime wages to hourly non-exempt employees who constitute the putative class.

5. Count II of the Complaint asserts a cause of action for alleged violations of §448.01, Florida Statutes, by refusing to pay the Plaintiffs overtime compensation for hours worked in excess of ten hours per day.

6. Based on the issues raised in the Complaint, and the nature of the action, the Defendant needs additional time to prepare a response and requests an extension of time up to and including Monday, September 19, 2011, to respond to the Complaint.

7. This motion is not filed for purposes of delay, and the granting of this motion will not prejudice the Plaintiffs.

8. Pursuant to Local Rule 3.01(g), the undersigned hereby certifies that he has attempted to confer with counsel for the Plaintiffs by e-mail. No response has yet been received Counsel for the Defendant was unable to reach counsel for Plaintiffs to determine whether Plaintiffs consent or oppose this motion prior to its filing. In accordance with the undersigned's obligation pursuant to Local Rule 3.01(g), counsel for Defendant will continue in his attempts to contact Plaintiffs and will supplement this certificate once a response is received.

WHEREFORE, based upon the foregoing, the Defendant respectfully requests that the Court grant it an extension of time to respond to the Plaintiffs' Complaint up to and including Monday, September 19, 2011.

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was sent to the

*Eric Hall, et al. v. Pat The Plumber, Inc.*
Defendant's Motion for Extension of Time
Page: 2 of 3

counsel for the Plaintiffs, Paul S. Rothstein, Esq., 626 N.E. 1st Street, Gainesville, FL 32601, on this 12th day of August, 2011.

By: /s/ Kenneth B. Schwartz
KENNETH B. SCHWARTZ, ESQ.
Fla. Bar No. 478695
Kenneth B. Schwartz, P.A.
Attorneys for Defendant
1803 S. Australian Ave., Suite F
West Palm Beach, FL 33409
Tel: (561) 478-5056
E-Mail: kbs@flalaw.com

*Eric Hall, et al. v. Pat The Plumber, Inc.*
Defendant's Motion for Extension of Time
Page: 3 of 3