**FILED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

2011 AUG 15 AM 9:28

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

ERIC HALL, and similarly situated individuals,   CASE NO.:

Plaintiffs,

v.   5:11-cv-470-OC-10TBS

PAT THE PLUMBER, INC.,

Defendant.
_____/

## MOTION BY KENNETH B. SCHWARTZ
## FOR TEMPORARY ADMISSION TO MIDDLE DISTRICT BAR

COMES NOW the undersigned attorney, KENNETH B. SCHWARTZ, of Kenneth B. Schwartz, P.A., and files this motion for temporary admission to the Middle District bar, pursuant to Local Rule 2.02(d), U.S.D.C., M.D. Fla., based on the following:

1. Local Rule 2.02(d) provides that:

In an extraordinary circumstance (such as the hearing of an emergency matter) a lawyer who is not a member of the Middle District bar may move *instanter* for temporary admission provided the lawyer appears eligible for membership in the Middle District bar and simultaneously initiates proceeds for general or special admission to the Middle District bar[.]

2. The undersigned Movant represents the instant Defendant, Pat The Plumber, Inc., on several legal matters, including a suit filed by Eric Hall (individually and on behalf of others similarly situated), which is Case No. 2011-1962-CA-8 in the Circuit Court of the Fifth Judicial Circuit, in and for Marion County, Florida.

3. By separate notice filed concurrently with this motion, the Movant has filed the Defendant's Notice of Removal, removing the state court matter to this Court. Accordingly, the Movant requests permission to appear in this Court on behalf of the Defendant, pursuant to the foregoing local rule.

Page: 1 of 3

4. The Movant has been an attorney licensed to practice law in Florida since 2001. His Florida Bar Number is 478695. He is presently admitted to practice before, and is in good standing with, federal courts in the U.S. District Court for Hawaii and for the Southern District of Florida and the U.S. Court of Appeals for the Eleventh Circuit. He is also admitted to practice before, and is in good standing with, the State of Hawaii. His Hawaii Bar Number is 004718.

5. The Movant certifies further that he is familiar with and shall be governed by the local rules of this Court, the Rules of Professional Conduct, and all other requirements governing the professional behavior of members of the Florida Bar.

6. The Movant has taken steps to complete general admission to the Middle District bar, as follows:

    a. The Movant prepared an Attorney Admission Application for the Middle District bar, a copy of which is attached hereto as Exhibit A. Said application includes two Certificates in Support of an Application for General Admission to Practice. At present, the Movant is waiting for one of the originals of the two certificates to arrive by mail in order to submit same with the completed application.

    b. The Movant spoke with an Attorney Admissions specialist ("Emily") in the Jacksonville Division regarding telephonic attendance at the next available induction ceremony and was advised that space should be available on August 29, 2011.

WHEREFORE, the Movant respectfully requests entry of an order authorizing his temporary admission to practice before this Court and to appear as necessary in this matter to defend his client's interests.

Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was sent to the

*Eric Hall, et al. v. Pat The Plumber, Inc.*
Motion for Temporary Admission to Middle District Bar
Page: 2 of 3

counsel for the Plaintiffs, Paul S. Rothstein, Esq., 626 N.E. 1st Street, Gainesville, FL 32601, on this 12th day of August, 2011.

                                                Kenneth B. Schwartz, P.A.
                                                Attorneys for Defendant
                                                1803 S. Australian Ave., Suite F
                                                West Palm Beach, FL 33409
                                                (561) 478-5056

                                                By: _____
                                                    Kenneth B. Schwartz, Esq.
                                                    Fla. Bar No. 478695

*Eric Hall, et al. v. Pat The Plumber, Inc.*
Motion for Temporary Admission to Middle District Bar
Page: 3 of 3

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**ATTORNEY ADMISSION APPLICATION**

Pursuant to Local Rule 2.01(b), I am applying for general admission to practice before the Bar of the United States District Court for the Middle District of Florida. I CERTIFY that the following information is correct:

1. Name: **Kenneth Brian Schwartz**

2. I am presently a member in good standing of The Florida Bar.

   Date of admission: **04/17/01**   Florida Bar Number: **479695**

3. Education History and Date of Graduation:

   a. College: **University of Florida**   Date: **08/11/90**

   b. Legal: **University of Hawaii**   Date: **05/15/00**

4. I am presently admitted and in good standing with the following other federal and/or state courts (please include date(s) of admission).

   a. Federal: **USDC: Hawaii (11/8/00); SD Fla. (7/13/01); USSC: 11th Circuit**

   b. State: **Hawaii (10/24/00)**

5. Firm or Business Affiliation:

   Firm/Business Name: **Kenneth B. Schwartz, P.A.**

   Address: **1803 S. Australian Ave., Suite F**

   City, State, Zip Code: **West Palm Beach, FL 33409**

   Telephone: **(561) 478-5056**   Fax: **(561) 296-9956**

   E-Mail Address: **kbs @ flalaw.com**

6. Residence Address: **2855 Hancock Creek Rd.**

   City, State, Zip Code: **West Palm Beach, FL 33411**

   Telephone: _____

7. I have read and am familiar with the Federal Rules of Evidence, the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Local Rules of the Middle District of Florida.

   Date: **08/11/11**   _____ Signature

   Entered into Computer _____   Date Admitted: _____

Revised: 8/9/07

EXHIBIT A

```
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CERTIFICATE IN SUPPORT OF AN APPLICATION
FOR GENERAL ADMISSION TO PRACTICE
```

Pursuant to Local Rule 2.01(b), I certify that I am a member in good standing of The Florida Bar, and the Bar of this Court, and that:

1. I am personally acquainted with applicant **Kenneth Brian Schwartz**

2. I know that he/she is of good moral character and is otherwise competent and eligible for general admission to practice in this Court.

Date: 8/11/11

Sponsor's Signature: *[signature]*

Sponsor's Name: Barry A Stein
Sponsor's Address: 25 SE 2nd Ave
#425
Miami, FL 33131
Sponsor's Telephone Number: 305 377-1505
Sponsor's E-mail Address: BSTEIN @ DCFSZ.COM
Sponsor's Florida Bar ID Number: 306304

| UNITED STATES DISTRICT COURT |
| --- |
| MIDDLE DISTRICT OF FLORIDA |
| CERTIFICATE IN SUPPORT OF AN APPLICATION FOR GENERAL ADMISSION TO PRACTICE |

Pursuant to Local Rule 2.01(b), I certify that I am a member in good standing of The Florida Bar, and the Bar of this Court, and that:

1. I am personally acquainted with applicant **Kenneth Brian Schwartz**

2. I know that he/she is of good moral character and is otherwise competent and eligible for general admission to practice in this Court.

_August 11, 2011_
Date

_[signature]_
Sponsor's Signature

Sponsor's Name: Juan Carlos Parets

Sponsor's Address: 844 SW 1st Street
Miami, FL 33130

Sponsor's Telephone Number: 305-545-1000

Sponsor's E-mail Address: efile @ jcparetslaw.com

Sponsor's Florida Bar ID Number: 899356

Revised: 8/9/07

Application - Page 2