UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ERIC HALL, and similarly situated individuals,

      Plaintiffs,                                  Case No.: 5:11-cv-00470-WTH-TBS

v.

PAT THE PLUMBER, INC.,

      Defendant.
_____/

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
FIRST AMENDED COLLECTIVE AND CLASS ACTION COMPLAINT
AND TO EXTEND DEADLINES**

      Plaintiff Eric Hall, by and through his undersigned counsel, on his own behalf and on behalf of all similarly situated individuals, hereby moves this Court for leave to file Plaintiffs' First Amended Collective and Class Action Complaint, a copy of which is attached hereto, pursuant to Fed. R. Civ. P. 15(a)(2). Plaintiff Hall also moves for an extension of the discovery and motion for class certification deadlines. In support of this Motion Plaintiff shows the following:

      1.      Plaintiff's Class Action Complaint was filed in state court on July 6, 2011. On August 15, 2011 Defendant removed the case to this Court. This case is still in its early stages.

      2.      Plaintiff needs to amend the Complaint to add additional defendants and to clarify that Plaintiff seeks certification under the collective action provision of the FLSA as well as class certification under Rule 23, Fed. R. Civ. P.

      3.      Rule 15(a)(2) states that "[t]he court should freely give leave [to amend a

pleading] when justice so requires." Though the grant or denial of an opportunity to amend is within the discretion of the District Court, "Rule 15 (a) declares that leave to amend 'shall be freely given when justice so requires'; this mandate is to be heeded. [Citation omitted]. If the underlying facts or circumstances relied on by the plaintiff may be a proper subject for relief, he ought to be afforded an opportunity to test his claims on the merits." *Forman v. Davis*, 371 U.S. 178, 182 (1962).

4. This amended pleading will in no way prejudice Defendant, given that there is still ample time before trial for Defendant to establish a defense against the pleading. Furthermore, the privilege to amend has not been abused, nor would the proposed amendment be futile. This motion and Plaintiff's First Amended Collective and Class Action Complaint are not submitted for the purposes of effecting undue delay, or from any bad faith or dilatory motive.

5. Magistrate Judge Smith's November 14, 2011 Order (Doc. 15) granting Plaintiff's motion for an extension of time to file his Rule 23 Motion for Class Certification may be read as making the close of discovery November 28, 2011 ("The parties also state in their Case Management Report that the close of discovery will be ninety (90) days after defendant files its answer to the plaintiffs' last amended complaint. The Court notes that. . . defendant filed an answer on August 29, 2011 (Doc. 10). Accordingly, the Court will GRANT plaintiffs an extension until December 29, 2011 to file their Rule 23 Motion for Class Certification." Doc. 15, p. 1). However, according to the Case Management Report, the initial disclosures are not yet due. *See* Case Management Report, Doc. 13, p. 1. It would not make sense, and would be highly inefficient, if discovery were closed this early in the case, even before the parties exchanged initial disclosures.

6.      Counsel for Plaintiff has conferred with counsel for Defendant regarding this motion, and Defendant opposes this motion.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order:

A.      Granting Plaintiff leave to file the attached First Amended Collective and Class Action Complaint;

B.      If the Court grants the relief requested in A., above, setting the deadlines agreed to in the Case Management Report, including those for discovery and the filing of the Rule 23 Motion for Class Certification; if the Court denies the relief requested in A., above, setting the deadline for discovery at 120 days from the entry of any Order denying this Motion, and setting the deadline for filing the Rule 23 Motion for Class Certification at 30 days after the close of discovery; and

C.      Granting all other relief that this Court deems just and appropriate.

Respectfully submitted this 28th day of November, 2011.

> /s/ Paul S. Rothstein
> Paul S. Rothstein
> Attorney for Plaintiff
> Florida Bar No.: 310123
> 626 N. E. First Street
> Gainesville, Florida 32601
> Phone: (352) 376-7650
> Fax: (352) 374-7133
> psr@rothsteinforjustice.com

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on November 28, 2011 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

                /s/ Paul S. Rothstein
                Paul S. Rothstein