# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**ERIC HALL,**

                **Plaintiff,**

vs.                           Case No.  5:11-cv-470-Oc-10TBS

**PAT THE PLUMBER, INC.,**

                **Defendant.**

_____

| JUDGE | Thomas B. Smith | DATE<br>TIME | December 15, 2011<br>10:15 a.m. - 10:30 a.m. |
|---|---|---|---|
| DEPUTY CLERK | Donna DeNicola | TAPE/REPORTER | DIGITAL |
| COUNSEL/PLTF.(S) | Zack West<br>for Paul Rothstein | COUNSEL/DEFT.(S) | Kenneth Schwartz |

## CLERK'S MINUTES -
## TELEPHONIC PRELIMINARY PRETRIAL CONFERENCE

Comments by counsel.

Defendant has no objection to Plaintiff's Motion for Leave to file First Amended Collective and Class Action Complaint and to Extend Deadlines (Doc. 17).

Court GRANTS Plaintiff's Motion for Leave to Amend (Doc. 17).

Plaintiff will file their Amended Complaint on or before 12/16/11.

Court will set deadlines from filing date of Amended Complaint.

**ORDER TO ENTER.**