UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ERIC HALL, and similarly situated individuals,

    Plaintiffs,

vs.                                                                             Case No.  5:11-cv-470-Oc-10TBS

PAT THE PLUMBER, INC.,

    Defendant.
_____/

## ORDER

This cause came before the Court for a preliminary pretrial conference on December 15, 2011, to discuss the deadlines proposed by the parties in their Case Management Report (Doc. 13), and to discuss other issues relevant to the preparation of the case for trial.  At the hearing, defense counsel stated he had no objection to plaintiff's Motion for Leave to File First Amended Collective and Class Action Complaint and to Extend Deadlines (Doc. 17).  Therefore, that motion is GRANTED.  Plaintiffs shall file their Amended Complaint on or before December 16, 2011.  All dates in the Case Management Report will run from the date the Amended Complaint is filed.  The Court also ordered that discovery close 120 days after the defendants file their Answer to plaintiffs' amended complaint, rather than the 90 days stated in the current Case Management Report.

    The Court will issue a Case Management and Scheduling Order reflecting these deadlines.

    IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on December 15, 2011.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all counsel.