UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ERIC HALL, and similarly situated individuals,

    Plaintiff,

v.                                          Case No. 5:11-cv-470-Oc-10TBS

PAT THE PLUMBER, INC.,

    Defendant.
_____

## ORDER

Pending before the Court is Plaintiff's Motion for Extension of Time to Disclose Expert Reports (Doc. 24). In the motion, counsel for Plaintiff states that he attempted to confer with counsel for the Defendant but was unable to do so. Local Rule 3.01(g) imposes on counsel a duty to confer in good faith before most motions are filed and that counsel include a certificate in the motion stating whether an opponent agrees on the resolution of the motion. When a moving party is unable to contact its opponent before a motion is filed, the movant has a continuing duty to confer and "supplement the motion promptly with a statement certifying whether or to what extent the parties have resolved the issue(s) presented in the motion." Here, the motion was sent to counsel for the Defendant on March 5, 2012 (Doc. 24). Thus, it would appear Defendant's counsel has had sufficient time to consider the motion and that counsel for the parties have had enough time to confer and advise the Court whether the motion is agreed or opposed.

Now, counsel for the parties are ORDERED to confer and counsel for Plaintiff shall file a supplemental Local Rule 3.01(g) certificate by the close of business on March 12, 2012. In addition to the certificate, counsel should advise the Court whether the requested enlargement of time is anticipated to have any effect on the deadline for the filing of dispositive motions or the current trial date.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on March 9, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel