UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ERIC HALL, and similarly situated individuals,

    Plaintiff,

v.                                Case No.  5:11-cv-470-Oc-10TBS

PAT THE PLUMBER, INC.,

    Defendant.
_____

## ORDER

Pending before the Court is Plaintiff's Motion for Extension of Time to Disclose Expert Reports (Doc. 24).  Pursuant to Local Rule 3.01(g), Plaintiff represents that the Defendant's attorney has been contacted and has no objection to the requested extension of time.  Upon due consideration, Plaintiff's motion is hereby GRANTED.  The time for the service of expert reports is hereby enlarged 30 days, all other case management deadlines remain unchanged.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on March 12, 2012.

_____
THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel