UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ERIC HALL, and similarly situated individuals,

    Plaintiff,

v.                                                                          Case No.  5:11-cv-470-Oc-10TBS

PAT THE PLUMBER, INC.,

    Defendant.
_____

## ORDER

Pending before the Court is Plaintiff's Motion to Compel Initial Disclosures; to Compel Discovery Responses; and to Deem Requests for Admissions Admitted.  (Doc. 28).  Upon consideration of the memoranda of the parties (Docs. 28 and 30) and for the reasons set forth at the oral argument held before the undersigned on April 5, 2012, the Court finds that:

1. Plaintiff's request that the Court compel Defendant Pat the Plumber to provide its Rule 26 Initial Disclosures and its responses to Plaintiff's Request for Production and Interrogatories has been ABANDONED.

2. Plaintiff's request that the Court find that Defendant Pat the Plumber has waived its rights to object to the outstanding discovery has been ABANDONED.

3. Plaintiff's request that the Court find that every request for admission contained in Plaintiff's First Request for Admission is deemed admitted has been ABANDONED.

4. In light of the fact that Plaintiff has abandoned the motion, any award of attorneys fees or costs would be unjust. See FED. R. CIV. P. 37(a)(5)(A)(iii).

Furthermore, it is hereby ORDERED that Defendant Pat the Plumber shall have through April16, 2012 to provide Plaintiff with complete and final responses to the discovery requests, in satisfaction of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on April 5, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to All Counsel