UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ERIC HALL, and similarly situated individuals,

    Plaintiff,

v.                                             Case No.  5:11-cv-470-Oc-10TBS

PAT THE PLUMBER, INC., et al.,

    Defendants.

_____

## ORDER

Pending before the Court is Plaintiff's Unopposed Renewed Motion for Extension of Time to Disclose Expert Reports. (Doc. 38).  Pursuant to M.D. FLA. R. 3.01(g), counsel for Plaintiff represents that the Defendants' attorney has been contacted and has no objection to the requested extension of time.  Upon due consideration, Plaintiff's motion is hereby GRANTED.  Plaintiff shall have through May 23, 2012 to disclose the expert reports.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on April 24, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel