UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ERIC HALL, and similarly situated individuals,

    Plaintiff,

v.                                         Case No.  5:11-cv-470-Oc-10TBS

PAT THE PLUMBER, INC.,

    Defendant.
_____

## ORDER

Today, the Court and counsel met telephonically to discuss the status of this case and now, pursuant to the joint stipulation of counsel, made on the record, it is ORDERED that:

(1)  The deadline for the completion of discovery is hereby extended through August 24, 2012; and

(2)  The Court and counsel will hold another telephonic status conference on July 2, 2012 at 9:30 a.m.  Counsel for Plaintiffs is responsible for coordinating the telephone conference call.

DONE AND ORDERED in Ocala, Florida, on June 15, 2012.

*[signature]*
THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel