# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

ERIC HALL,

          Plaintiff,

vs.                               Case No. 5:11-cv-470-Oc-10PRL

PAT THE PLUMBER, INC.,

          Defendant.

_____

| JUDGE | Thomas B. Smith | DATE<br>TIME | July 18, 2012<br>10:00 a.m. - 10:15 a.m. |
|---|---|---|---|
| DEPUTY CLERK | Donna DeNicola | TAPE/REPORTER | DIGITAL |
| COUNSEL/PLTF.(S) | Paul Rothstein,<br>Zachary West | COUNSEL/DEFT.(S) | Kenneth Schwartz |

**CLERK'S MINUTES -
TELEPHONIC STATUS CONFERENCE**

Comments by counsel.

Parties advise the Court that they still need additional time to negotiate a settlement.

Court directs that any Answer to the Substituted Second Amended Collective and Class Action Complaint must be filed by close of business this Friday, 7/20/12.

Parties make an *ore tenus* motion for the Court to hold another Status Conference the end of this week.

Court GRANTS the parties' oral motion and schedules a Telephonic Status Conference for Friday, 7/20/12 at 11:00 a.m.

**NOTICE TO ENTER.**