UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**ERIC HALL, CHAD LEE and PHILIP MEYER, on behalf of themselves and others similarly situated**

    Plaintiffs,

v.                                                   Case No:5:11-CV-470-Oc-10PRL

**PAT THE PLUMBER, INC., PATRICK WALSH, SR. and CATHERINE WALSH**

    Defendants.

## ORDER

The District Judge referred this case to the undersigned to conduct further proceedings regarding the parties' mediation report in which they advised that they had reached a "tentative conditional settlement agreement" and requested a status conference with a Judge to discuss the terms of settlement. (Doc. 47).

The Court conducted several status conferences during which the parties represented that they were continuing to negotiate a settlement. (Docs. 49, 50, 52, 55, 57). However, during the most recent status conference on July 20, 2012, the parties advised the undersigned that no settlement has been reached and that they intend to proceed to trial. Accordingly, no further proceedings regarding the mediation report are necessary.

Counsel for Defendants, Kenneth Schwartz, also advised that he intends to file a motion to withdraw from further representation. The Court previously directed Defendants to file a response to the Substituted Second Amended Collective and Class

Action Complaint by the close of business on July 20, 2012.  Mr. Schwartz advised that he may file a motion seeking additional time for Defendants to file their response.

**DONE** and **ORDERED** in Ocala, Florida on July 20, 2012.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties