UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ERIC HALL, CHAD LEE, and PHILIP
MEYER, on behalf of themselves
and all others similarly situated,

       Plaintiffs,                          Case No.: 5:11-cv-00470-WTH-PRL

v.

PAT THE PLUMBER, INC., a Florida corporation;
PATRICK WALSH, SR., an individual; CATHERINE
WALSH, an individual,

       Defendants.
_____/

## PLAINTIFFS' MOTION FOR STATUS CONFERENCE AND EXTENSION OF DISCOVERY

      Plaintiffs Eric Hall, Chad Lee, and Philip Meyer, on their own behalf and on behalf of all similarly situated individuals, hereby move this Court to hold a status conference in this action, and for a short extension of the current discovery deadline. In support of this motion, Plaintiffs show the following:

      1.      By Order of July 24, 2012 [Doc. 66], this Court granted then-Defendants' counsel Kenneth B. Schwartz leave to withdraw as counsel for Defendants. No counsel has entered an appearance in this action on Defendants' behalf since Mr. Schwartz withdrew. The Court gave Defendant Pat the Plumber, Inc. until August 23, 2012 to retain counsel, and for that counsel to file a notice of appearance. The Court also noted that Defendants Patrick Walsh, Sr. and Catherine Walsh should advise the Court by August 23, 2012 if they intend to proceed *pro se*.

1

2.     Several discovery requests remain outstanding, including a notice for a deposition of Pat the Plumber, Inc.'s as yet undesignated corporate representative and an incorporated document request to Pat the Plumber, Inc., and notices of the depositions of the individual Defendants.  Pursuant to this Court's Order of June 15, 2012 [Doc. 48], the current deadline for discovery is August 24, 2012.

3.     Plaintiffs' Motion for Conditional Certification of a Collective Action and Judicial Notice [Doc. 62], filed on July 20, 2012, also remains pending, without a response from any Defendant.

4.     Plaintiffs have received no indication to date that Defendants will retain new counsel, nor have Plaintiffs received any communications from Defendants.

5.     Plaintiffs respectfully submit that a status conference would be beneficial for all parties and the Court, to apprise all participants of the current state of the action, especially whether Defendants will be represented by counsel and how the litigation will proceed if Defendants will not be represented.  Plaintiffs respectfully submit that given that Defendants have been unrepresented from July 24, 2012 though the present, that a brief extension of the discovery deadline is warranted.  If the Court grants this motion, Plaintiffs' counsel will attempt to notify Defendants of the date and time of the status conference and of the extension of the discovery deadline.

WHEREFORE, Plaintiffs respectfully request that this Court enter an Order:

A.     Setting a status conference in this action for August 27, 2012;

B.     Extending the discovery deadline until August 31, 2012; and

C.     Granting any and all other relief that this Court deems just and appropriate.

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Plaintiffs has been unable to confer with counsel for Defendants because to Plaintiffs' knowledge, as detailed above, Defendants are unrepresented.

Respectfully submitted this 17th day of August, 2012.

        /s/ Paul S. Rothstein
Paul S. Rothstein
Attorney for Plaintiffs
Florida Bar No.: 310123
626 NE 1st Street
Gainesville, FL 32601
Phone: (352) 376-7650
Fax:    (352) 374-7133
psr@rothsteinforjustice.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 17, 2012 I electronically filed the foregoing PLAINTIFF'S MOTION FOR STATUS CONFERENCE AND EXTENSION OF DISCOVERY with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action. I sent a copy of the foregoing to Pat the Plumber, Inc. by facsimile to (352) 748-7899 and by United States Mail to 714 1st Ave, Wildwood, FL 34785. I sent a copy of the foregoing to the individual Defendants Patrick Walsh, Sr. and Catherine Walsh by United States Mail to 5535 Saddleback Court, Lady Lake, FL 32159.

        /s/ Paul S. Rothstein
Paul S. Rothstein